

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 7, 2021

**VIA E-Mail**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Shawn Melendez, et al.*, 21 Mag. 6600

Dear Judge Krause:

    The Government writes to respectfully request that the Court unseal the above-referenced Complaint and related arrest warrants for Defendants Shawn Melendez and Kenneth Goode, as both defendants have been arrested.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By: _____
    Qais Ghafary
    Assistant United States Attorney
    Tel: (914) 993-1930

SO ORDERED.

_____ July 8, 2021
ANDREW E. KRAUSE
United States Magistrate Judge